1:24-cr-00447
Judge LaShonda A. Hunt
Magistrate Judge Jeffrey T. Gilbert
RANDOM/CAT 4

**FILED**
9/23/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KSR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | Violation: Title 18, United States Code, Section 922(o)(1) |
| ALONZO VELASCO | |

### COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about June 5, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ALONZO VELASCO,

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, any part designed and intended solely and exclusively for use in converting a weapon into a machinegun and a combination of parts designed and intended for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about June 15, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ALONZO VELASCO,

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, any part designed and intended solely and exclusively for use in converting a weapon into a machinegun and a combination of parts designed and intended for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## **COUNT THREE**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about June 23, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ALONZO VELASCO,

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, any part designed and intended solely and exclusively for use in converting a weapon into a machinegun and a combination of parts designed and intended for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT FOUR

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about July 7, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ALONZO VELASCO,

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, any part designed and intended solely and exclusively for use in converting a weapon into a machinegun and a combination of parts designed and intended for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).


A TRUE BILL:

_____

FOREPERSON


_____

ACTING UNITED STATES ATTORNEY